IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH BROYLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:08-CV-30 |
| | ) | |
| CVS PHARMACY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Defendant has filed a motion for summary judgment [doc. 10] and supporting memorandum [doc. 11]. The motion with attachments totals 75 pages, and the memorandum totals 34 pages.

Paragraph 6(e) of the scheduling order entered in this case provides:

> Hard Copies Provided to Chambers: Upon filing any dispositive motion, or any other motion (or responsive pleading) that EXCEEDS TWENTY-FIVE PAGES (including attachments), a COURTESY HARD COPY shall be mailed or hand delivered to chambers.

Doc.9,¶ 6(e).

Defendant's filing does not comply with the court's scheduling order. Defendant shall provide the court with a hard copy of the filings submitted as documents 10 and 11.

**IT IS SO ORDERED**.

ENTER:

<u>        s/ Leon Jordan        </u>
United States District Judge

2