IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ELIZABETH BROYLES, )
 )
    Plaintiff, )
 )
v. ) No. 2:08-cv-30
 )
CVS PHARMACY, INC., )
 )
    Defendant. )

## O R D E R

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that the defendant's motion for summary judgment [doc. 10] is **GRANTED**, and this civil action is **DISMISSED**.

    ENTER:

               *s/ Leon Jordan*
           United States District Judge